

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

**MICHAEL J. CROWLEY**
Partner
MCROWLEY@CONNELLFOLEY.COM

April 23, 2025

**VIA ECF**
Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Gail Hamilton*
    Docket No.: 24-cv-5990 (PKC)

Dear Judge Castel:

We are the attorneys for the Defendant Delta Air Lines, Inc. in the referenced matter. I am writing on behalf of both parties to advise the Court that a settlement has been reached today in the matter. The terms of the settlement are confidential.

A potential Medicare lien is involved so it will take some time for the parties to finalize the settlement and file a Dismissal with the Court. In the meantime, we respectfully suggest that the conference scheduled for April 25, 2025 be cancelled or adjourned without date pending completion of the settlement.

The Court's consideration of this matter is appreciated.

Respectfully,

Michael J. Crowley